Opinion issued
May 5, 2011



In
The

Court of
Appeals

For
The

First District
of Texas

————————————

NO. 01-10-00832-CV

———————————

EDWARD UDELL, Appellant

V.

MEMORIAL
HERMANN HOSPITAL SYSTEM, Appellee



 



 

On Appeal from the County
Civil Court at Law No. 4

Harris County, Texas



Trial Court Case No. 950592

 



 

 MEMORANDUM OPINION

 

          The court sent
notice to appellant that he had not paid all the required fees and his suit was
subject to dismissal.  See Tex. R. App. P. 42.3.  Appellant did
not pay the required fees, but instead filed a motion to dismiss his
appeal.  See Tex. R. App. P. 42.1(a)(1).  Accordingly, we dismiss this appeal.

PER CURIAM

Panel consists of Justices
Jennings, Higley, and Brown.